821 A.2d 1246

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**Taibu Modamu GRANT a/k/a Bryant Damu Taibu a/k/a/ Tyrone Gramm, Appellant.**

**No. 57 WAP 2001.**

Supreme Court of Pennsylvania.

April 28, 2003.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of April, 2003, the Application for Reargument is DENIED. We clarify that the rule announced in *Commonwealth v. Grant,* 813 A.2d 726 (Pa.2002), does not apply to claims of ineffective assistance of counsel where the intermediate appellate court on direct appeal has rendered a disposition on the merits.